UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-mj-02804-REID

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

v.

**WILTRON DAVIS,**
        **Defendant.**
_____/

## DETENTION ORDER

Pursuant to 18 U.S.C. § 4082(a), on June 3, 2020, a hearing was held to determine whether defendant **WILTRON DAVIS** should be detained prior to trial. Having considered the factors enumerated in 18 U.S.C. § 4082(a), this Court finds that no condition or combination of conditions will reasonably assure the safety of any other person and the community. Therefore, it is hereby ordered that defendant **WILTRON DAVIS** be detained prior to trial and until the conclusion thereof.

In accordance with the provisions of 18 U.S.C. § 3142(i), the Court hereby makes the following findings of fact and statement of reasons for the detention:

1.  The defendant is charged by criminal complaint in the Southern District of Florida with conspiracy to commit carjacking in violation of Title 18, United States Code, Section 371, carjacking in violation of Title 18, United States Code, Section 2119(1) and brandishing of a firearm in furtherance of a crime of violence in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).  Therefore, the defendant is charged with a crime of violence for which a maximum sentence of more than ten (10) years is prescribed, resulting in a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community. 18 U.S.C. § 3142(e) and (f).

2.  The weight of the evidence against the defendant is substantial. The government has proffered that on February 17, 2020, the defendant and two other individuals concealed their faces and approached a man and a woman who were outside their car. The defendant pointed a loaded firearm at the victims and stole the woman's purse and the car.

Law enforcement officers spotted the car and attempted to effectuate a traffic stop. The defendant was a passenger in the stolen car. The driver of the car led police in a car chase which resulted in a car crash injuring another person. As the defendant fled the scene, one of the officers was able to see the defendant's face. The defendant was apprehended hiding in a nearby lot.

Law enforcement officers recovered a firearm and the woman's purse from the car.

Both victims identified the defendant as one of the persons who committed the offense by the jeans the defendant was wearing. Additionally, a law enforcement officer identified the defendant as the person he saw fleeing the scene.

In a post-arrest statement, the defendant admitted to the robbery and carjacking and to using a loaded firearm during the commission of this crime. The defendant also admitted to participating in an attempted robbery shortly before committing the instant offense.

3.  The pertinent history and characteristics of the defendant support pretrial detention. The defendant was born on November 28, 2001 in Miami, Florida. Title 18, United States Code, Section 3142(g)(3)(A).

4.  The defendant constitutes a danger to persons in the community. Based on the defendant's participation in an attempted carjacking shortly before committing the instant offense and his participation in the instant offense which included the use of a firearm and a car chase which led to the injury of another person, the defendant is likely to continue

participating in dangerous crimes if released on bond. The Court specifically finds by clear and convincing evidence, there are no conditions or combinations of conditions which will reasonably assure the safety of other persons and the community.

The Court hereby directs:

(a)  That the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

(b)  That the defendant be afforded reasonable opportunity for private consultation with counsel; and

(c)  That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED at Miami, Florida, this **3rd** day of June, 2020.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE